**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 5:26-CR-23** |
| | : | |
| **TRAVIS MCKENZIE** | : | |
| **LATRAY MCKENZIE** | : | |
| **JUSTIN HIGH** | : | |
| **ARTHEA VEAL** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER TO UNSEAL**

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 31st day of July, 2026.

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE