**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 5:26-CR-23-CAR-CHW** |
| **TRAVIS MCKENZIE,** | : | |
| **LATRAY MCKENZIE,** | : | |
| **JUSTIN HIGH, and** | : | |
| **ARETHA VEAL,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL**

Currently before the Court is the Government's Motion to Continue [Doc. 55] the pretrial conference scheduled for November 19, 2026, and the trial of this case set for December 7, 2026. On June 11, 2026, the Grand Jury returned a 15-count indictment against Co-Defendants Travis McKenzie, Latray McKenzie, Justin High, and Aretha Veal. The indictment charges Defendant Travis McKenzie with one count of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, five counts of Distribution of Fentanyl, and one count of Distribution of Methamphetamine; Defendant Latray McKenzie with one of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, one count of Distribution of Methamphetamine, two counts of Distribution of Fentanyl, one count of Possession with Intent to Distribute Fentanyl, and Possession of Firearm in Furtherance of a Drug Trafficking Crime;

Defendant Justin High with one count of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, two counts of Distribution of Methamphetamine, three counts of Distribution of Fentanyl, and one count of Possession with Intent to Distribute Methamphetamine; and Defendant Aretha Veal with one count of Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, one count of Distribution of Fentanyl, one count of Possession with Intent to Distribute Methamphetamine, and one count of Possession with Intent to Distribute Fentanyl.

On July 31, 2026, Defendant Justin High was arrested, appointed counsel, pled not guilty at his arraignment, and on August 3, 2026, was ordered detained pending trial. On August 3, 2026, Defendant Aretha Veal was arrested, appointed counsel, pled not guilty at her arraignment, and was released on an unsecured bond with conditions. On September 2, 2026, Defendant Travis McKenzie was arrested, appointed counsel, pled not guilty at his arraignment, and on September 4, 2026, was ordered detained pending resolution of his charges. Defendant Latray McKenzie has yet to be located and brought in for his arraignment. This case has once been previously continued, and no severance has been sought or granted.

The Speedy Trial Act dictates that a defendant's trial shall be commenced within 70 days from the filing date of the information or indictment, or from the date the defendant appeared before an officer of the court in which the charges are pending,

whichever date occurs last.[1] Pursuant to 18 U.S.C. § 3161(h)(6), "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted" is excludable from the computation of time.

Thus, because "the time for trial has not run" with respect to co-defendant Latray McKenzie, and "no motion for severance has been granted,"[2] the Court **GRANTS** the Government's Joint Motion for Continuance [Doc. 55], and **IT IS HEREBY ORDERED** that this case be continued until February 9, 2027, the next regularly scheduled term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to 18 U.S.C. § 3161(h)(6).

**SO ORDERED,** this 23rd day of October, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

[1] 18 U.S.C. § 3161(c).

[2] 18 U.S.C. § 3161(h)(6).